# **EXHIBIT B**

**From:** Kushan, Jeffrey P. [mailto:jkushan@Sidley.com]
**Sent:** Monday, October 21, 2013 12:00 PM
**To:** trials@uspto.gov
**Cc:** Palys, Joseph; Micallef, Joseph; Robert Asher; Modi, Naveen; Jeffrey Klayman
**Subject:** Apple response re: termination request

Sirs,

Petitioner Apple submits that termination of the proceedings requested by New Bay Capital, LLC, (i.e., IPR2013-00375, -00376, -00377 and -00378) would be improper, and accordingly, would oppose a motion to terminate those proceedings.

Counsel for Petitioner Apple is available for a telephone conference at the Panel's convenience.

Sincerely,

Jeff Kushan


Jeffrey P. Kushan

Sidley Austin LLP

1501 K Street, N.W.

Washington, D.C. 20005

(202) 736-8914 (direct)

(202) 736-8000 (main)

(202) 736-8711 (fax)

**From:** Modi, Naveen [mailto:Naveen.Modi@finnegan.com]
**Sent:** Monday, October 21, 2013 11:39 AM
**To:** Jeffrey Klayman; 'trials@uspto.gov'
**Cc:** Palys, Joseph; Kushan, Jeffrey P.; Micallef, Joseph; Robert Asher
**Subject:** RE: Request for authorization to terminate


Dear Patent Trial and Appeal Board,


Patent Owner, VirnetX Inc., does not object to termination of the proceedings initiated by New Bay. If the Board would like to discuss this issue with the parties, VirnetX can be available for a teleconference at the Board's convenience.


Sincerely,

Naveen Modi


**From:** Jeffrey Klayman [mailto:Jklayman@sunsteinlaw.com]
**Sent:** Friday, October 18, 2013 1:35 PM
**To:** 'trials@uspto.gov'
**Cc:** Palys, Joseph; Modi, Naveen; 'jkushan@sidley.com'; 'jmicallef@sidley.com'; Robert Asher
**Subject:** Request for authorization to terminate


Re: IPR2013-00375, 00376, 00377 and 00378


Dear Patent Trial and Appeal Board,


Pursuant to 37 CFR 42.20(b), New Bay Capital, LLC, the Petitioner in the above-referenced proceedings, is writing to request authorization to file a motion to terminate these four proceedings prior to institution of inter partes review. New Bay Capital's request is not based on a settlement agreement.


Respectfully submitted,

**Jeffrey T. Klayman, Partner**
**Sunstein Kann Murphy & Timbers LLP**
125 Summer Street | Boston, MA 02110-1618
617.443.9292 main | 617.443.0004 fax
jklayman@sunsteinlaw.com | www.sunsteinlaw.com
**Winning Intellectual Property®**

This e-mail is from Sunstein Kann Murphy & Timbers LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.